# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0728. EMMANUEL O. BROWN-JACKSON v. STUDENT LOAN SOLUTIONS, LLC.

Emmanuel O. Brown-Jackson appeals directly to this Court from the trial court's denial of his motion to set aside a default judgment under OCGA § 9-11-60 (d). However, an appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Brown-Jackson's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/05/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*